**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bernard GIBSON, Jr., Defendant–
Appellant.**

**No. 11–6679.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 12, 2011.

Decided: Aug. 5, 2011.

Bernard Gibson, Jr., Appellant Pro se. Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Gibson, Jr., appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gibson,* No. 8:94–cr–00454–PJM–7 (D. Md. filed May 6, 2011 & entered May 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*